# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2012 JUL -3 PM 2: 19

CLERK

BY_____ HBC
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:10-cr-146
)
Location data concerning a cellular telephone assigned )
call number (978) 327-8276, held in the possession of )
Metro PCS Communications )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

located in the ___Northern___ District of ___Texas___ , there is now concealed *(identify the person or describe the property to be seized)*:
cellular telephone assigned call number (978) 327-8276

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☐ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C section 3146(a)(2) | knowingly fails to surrender for service of sentence pursuant to a court order |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☑ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Insup Shin, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jul 3, 2012

City and state: Burlington, Vermont

*Judge's signature*

John M. Conroy, U.S. Magistrate Judge
*Printed name and title*