## ATTACHMENT A

### Property To Be Searched

1. The cellular telephone assigned call number (978) 327-8276 whose wireless service provider is Metro PCS, a company headquartered in Richardson, TX.

2. Information about the location of the Target Cell Phone that is within the possession, custody or control of Metro PCS Communications.