## ATTACHMENT B

### Particular Things To Be Seized

All information about the location of the Target Cell Phone described in Attachment A for a period of thirty days, during all times of day and night. "Information about the location of the Target Cell Phone" includes all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., 120-degree face of the towers) received a radio signal from the cellular telephone described in Attachment A. Such cell site information includes cell-site activation, signaling information, a listing of all control channels and their corresponding cell-sites, and an engineering map, showing all cell-site tower locations, sectors, and orientations.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody or control of Metro PCS Communications, it is required to disclose the Location Information to the government. In addition, Metro PCS Communications must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with Metro PCS's services, including by initiating a signal to determine the location of the Target Cell Phone on Metro PCS's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate Metro PCS for reasonable expenses incurred in furnishing such facilities or assistance.

To the extent that the Location Information includes tangible property, wire or electronic communications (as defined in 18 U.S.C. § 2510), or stored wire or electronic information, there is reasonable necessity for the seizure. *See* 18 U.S.C. § 3103a(b)(2).